966

No. 757. Simon et al., Executors, v. Hoey, Executrix. C. A. 2d Cir. Certiorari denied. *Clifton P. Williamson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Harry Baum* for respondent.

No. 758. Carter et al., Executors, v. Hoey, Executrix, et al. C. A. 2d Cir. Certiorari denied. *Clifton P. Williamson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Helen Goodner* and *Harry Baum* for respondents.

No. 767. Hyman v. Velsicol Corporation. Supreme Court of Illinois. Certiorari denied. *Thurman Arnold* for petitioner. *Floyd E. Thompson* and *Clyde E. Shorey* for respondent.

No. 770. McGarty v. O'Brien, Warden. C. A. 1st Cir. Certiorari denied. *William C. Crossley* for petitioner. *Francis E. Kelly,* Attorney General of Massachusetts, and *Henry P. Fielding* and *Lawrence E. Ryan,* Assistant Attorneys General, for respondent.

No. 777. Brooks, Administratrix, v. St. Louis-San Francisco Railway Co. C. A. 8th Cir. Certiorari denied. *Phil W. Davis, Jr.* and *Chelsea O. Inman* for petitioner. *James L. Homire, C. H. Skinker, Jr.* and *W. W. Dalton* for respondent.

No. 803. Commissioner of Internal Revenue v. Basalt Rock Co., Inc. C. A. 9th Cir. Certiorari denied.

*Solicitor General Perlman* for petitioner. *Francis R. Kirkham, Sigvald Nielson* and *Harry R. Horrow* for respondent.

No. 804. COMMISSIONER OF INTERNAL REVENUE *v.* BUSCH'S KREDIT JEWELRY CO., INC. C. A. 2d Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Robert G. MacAlister* for respondent.

No. 805. COMMISSIONER OF INTERNAL REVENUE *v.* JOHN BREUNER CO. C. A. 9th Cir. Certiorari denied. *Solicitor General Perlman* for petitioner. *Roy A. Bronson* for respondent.

No. 734. ALLTMONT ET AL. *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Abraham E. Freedman* for petitioners. *Solicitor General Perlman, Assistant Attorney General Morison* and *Samuel D. Slade* for respondents.

No. 289, Misc. SHAW ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 320, Misc. ST. CLAIR *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Perlman* for respondent.

No. 323, Misc. WALEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 330, Misc. McINTOSH *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.